IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC, <br><br> Plaintiff, <br><br> v. <br><br> WORLD BOOKS, <br><br> Defendant. <br> _____ / | No. C 06-05336 WHA <br><br> **ORDER AWARDING ATTORNEY'S FEES** |

Plaintiff's request for attorney's fees in this action was granted pursuant to plaintiff's motion to enforce judgment and to amend final judgment. Thereafter, plaintiff submitted a declaration detailing the amount of fees requested. Defendant has never responded with a counter-declaration, and the time for doing so is long past. Accordingly, plaintiff is **AWARDED ATTORNEY'S FEES** in the amount of **$6,109.00**.

**IT IS SO ORDERED.**

Dated: April 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE